IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -7 PM 12: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MELISSA EDWARDS,

    Plaintiff,

v.                                                                        No. 05-2793-B/P

AMSOUTH,

    Defendant.

## ORDER OF RECUSAL

The undersigned hereby recuses himself from all proceedings in the above-captioned case. The clerk is directed to take the appropriate action to reassign this case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 05-2793-B/P **to** the initials of the new judge assigned to this case.

IT IS SO ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 11/7/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

DATE       November 7, 2005

NOTICE TO ALL PARTIES

RE: CIVIL CASE NO. 05-2793
    Melissa Edwards   vs.   AMSOUTH

Pursuant to the Order Of Recusal, entered on the docket on November 7, 2005, the above-referenced case has been reassigned, from Judge J. Daniel Breen, <u>to Judge Samuel H. Mays, Jr</u>.

Please use the initials <u>Ma/P</u> on all pleadings and correspondence relating to the above case. This will ensure that copies of your filings are handed to the correct judge upon receipt. <u>Please correct your files/word processors to reflect this change</u>.

Sincerely,

<u>THOMAS M. GOULD</u>
Clerk of Court

BY: *Earline Drayer*
Deputy Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02793 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Melissa Edwards
P.O. Box 16
Covington, TN 38019

Honorable Samuel Mays
US DISTRICT COURT